**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>All Indirect Purchaser and Direct Purchaser Actions | Case No.: 13-MD-2420 YGR<br><br>ORDER RELATING CIVIL AND CRIMINAL CASES; ORDER ADMINISTRATIVELY TERMINATING CASES; ORDER TO SHOW CAUSE |

## I.     ORDER RELATING CASES

Pursuant to Civil Local Rule 3-12, for good cause appearing the Court hereby **RELATES** the following civil cases to *In re: Lithium Ion Batteries Antitrust Litigation*, Case No. 13-md-2420 YGR:

- *Tolchin, et al. v. LG Chem Ltd.*, Case No. 13-cv-0700 JCS
- *Stromberg, et al. v. Hitachi Ltd.*, Case No. 13-cv-1534 JSC
- *City of Palo Alto, et al. v. LG Chem, Ltd.*, Case No. 13-cv-2242 MEJ
- *McGuire, et al. v. LG Chem, Ltd.*, Case No. 13-cv-0170 EDL

Pursuant to Criminal Local Rule 8-1, for good cause appearing the Court hereby **RELATES** the following criminal cases to *In re: Lithium Ion Batteries Antitrust Litigation*, Case No. 13-md-2420 YGR:

- *United States v. Sanyo Electric Co., Ltd.*, Case No. 13-cr-0472 JST
- *United States v. LG Chem, Ltd.*, Case No. 13-cr-0473 RS

This Order terminates Docket Nos. 248, 261, and 267.

## II.     ORDER ADMINISTRATIVELY TERMINATING CASES

The Court is in receipt of the reports submitted by the Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs") pursuant to this Court's Order of July 19, 2013. Dkt.

Nos. 246 (Order), 261 ("DPP Report"), 263 ("IPP Report"). The reports address the status of the complaints originally related to this MDL in light of the filing of the consolidated complaints for each set of purchasers. The DPP Report recommends voluntary dismissal of 17 of the 26 direct purchaser class actions that have been brought before this Court, or, in the alternative, administrative closure of those 17 cases. DPP Report at 1. The DPP Report provides a chart listing the 17 cases. *Id.*, Ex. A at 3-5. The DPPs submit that the 9 Original Actions whose plaintiffs are now named plaintiffs in the MDL should remain open. *See id.* at 1. As for the IPP Report, it recommends administrative closure of all of the indirect purchaser actions filed before this Court, and provides an exhibit listing the cases. IPP Report at 1; *id.*, Ex. C.

The Court hereby **ORDERS** the Clerk to terminate the cases referenced in the DPP Report's Exhibit A at pages 3 through 5 (attached hereto as Exhibit 1), as well as the cases referenced in the IPP Report's Exhibit C (attached hereto as Exhibit 2). Administrative termination shall have the effect of a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

### III. ORDER TO SHOW CAUSE

The plaintiffs in the *Tolchin*, *Stromberg*, *City of Palo Alto*, and *McGuire* civil cases related above are hereby **ORDERED TO SHOW CAUSE** why their cases should not also be administratively terminated. Any response to this Order to Show Cause shall not exceed **three (3) pages** in length and shall be filed in the docket of the MDL no later than **August 22, 2013.** The Court will interpret any failure to respond as a concession that each such case should also be administratively terminated.

**IT IS SO ORDERED**.

Dated: August 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

# Exhibit 1

**Case No. 13-md-2420-YGR**

**ORDER RELATING CIVIL AND CRIMINAL CASES;
ORDER ADMINISTRATIVELY TERMINATING CASES;
ORDER TO SHOW CAUSE**

*In re Lithium Batteries Antitrust Litigation*, No. 4:13-md-02420-YGR

**DIRECT PURCHASER ACTIONS FILED**

| NO. | DATE ORIGINALLY FILED | CASE CAPTION | CASE NUMBER / ORIGINAL JURISDICTION | PLAINTIFF |
|---|---|---|---|---|
| | | **Original Actions Brought By Plaintiffs *Not* Named in Consolidated Amended Complaint** | | |
| 9 | 10/11/2012 | *Gray v. Samsung SDI Co., Ltd., et al.* | 4:12-cv-05274-YGR | Nichole M. Gray |
| 10 | 10/12/2012 | *Clark v. LG Chem America, Inc., et al.* | 4:13-cv-00570-YGR<br><br>ORIGINALLY<br>NJ Dkt. No. 2:12-cv-06431-DMC-MF in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | Woodrow Clark II |
| 11 | 10/16/2012 | *Criden v. Panasonic Corporation of North America, et al.* | 4:13-cv-00786-YGR<br><br>ORIGINALLY<br>2:12-cv-06534-DMC-MF in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | Michele Criden |
| 12 | 10/24/2012 | *Lisitsa v. Panasonic Corporation of North America, et al.* | 4:13-cv-00789-YGR<br><br>ORIGINALLY:<br>2:12-cv-06704-DMC-JAD in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | Yevgeniya Lisitsa |
| 13 | 10/24/2012 | *Meir v. LG Chem America, Inc., et al.* | 4:13-cv-00790-YGR<br><br>ORIGINALLY:<br>+C152:12-cv-06708-DMC-MF in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | Daniel Meir |
| 14 | 10/25/2012 | *Nelson v. Samsung SDI Co., Ltd., et al.* | 4:12-cv-05516-YGR | Ron Nelson, Jr. |

*In re Lithium Batteries Antitrust Litigation*, No. 4:13-md-02420-YGR

**DIRECT PURCHASER ACTIONS FILED**

| NO. | DATE ORIGINALLY FILED | CASE CAPTION | CASE NUMBER / ORIGINAL JURISDICTION | PLAINTIFF |
|---|---|---|---|---|
| 15 | 10/25/2012 | *Raimondo v. Panasonic Corporation of North America, et al.* | 4:13-cv-00791-YGR<br><br>ORIGINALLY:<br>2:12-cv-06725-DMC-MF in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | Kimberly Raimondo |
| 16 | 10/26/2012 | *O'Neil v. Hitachi, Ltd., et al.* | 4:12-cv-05532-YGR | James O'Neil |
| 17 | 11/1/2012 | *Smith v. Panasonic Corp. of N. Am., et al.* | 4:13-cv-00793-YGR<br><br>ORIGINALLY<br>2:12-cv-06797-DMC-MF in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | Deweese Smith |
| 18 | 11/7/2012 | *Shannon v. LG Chem, Ltd, et al.* | 4:13-cv-00794-YGR<br><br>ORIGINALLY<br>2:12-cv-06932-DMC-JAD in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | **Plaintiffs:** Regina Shannon |
| 19 | 11/12/2012 | *Meier v. LG Chem, Ltd., et al.* | 4:13-cv-00796-YGR<br><br>ORIGINALLY:<br>2:12-cv-07024-DMC-MF in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | **Plaintiffs:** Renee Meier |
| 20 | 11/19/2012 | *Barbat v LG Chem, Ltd., et al.* | 4:13-cv-00782-YGR<br><br>ORIGINALLLY<br>3:12-cv-02793-DMS-WVG in S.D. Cal. before Dana M. Sabraw (transferred 3/6/13) | **Plaintiffs:** Michael Barbat |
| 21 | 12/5/2012 | *Brownlee v. LG Chem, Ltd., et al.* | 4:13-cv-00783-YGR<br><br>+C25ORIGINALLY:<br>3:12-cv-02896-BEN-BGS in S.D.Cal. before Roger T. Benitez (transferred 3/6/13) | **Plaintiffs:** David Brownlee |

*In re Lithium Batteries Antitrust Litigation*, No. 4:13-md-02420-YGR

**DIRECT PURCHASER ACTIONS FILED**

| NO. | DATE ORIGINALLY FILED | CASE CAPTION | CASE NUMBER / ORIGINAL JURISDICTION | PLAINTIFF |
|---|---|---|---|---|
| 22 | 12/7/2012 | *Wilson v. Samsung SDI Co., Ltd., et al.* | 4:12-cv-06210-YGR | **Plaintiffs:** Michael S. Wilson |
| 23 | 12/19/2012 | *Ranola v. Hitachi Ltd., et al.* | 4:12-cv-06422-YGR | **Plaintiffs:** Lloyd Ranola |
| 24 | 1/4/2013 | *Ruan v. LG Chem, Ltd., et al.* | 4:13-cv-00800-YGR<br><br>ORIGINALLY<br>2:13-cv-00086-DMC-MF  in D.N.J. before Dennis M. Cavanaugh (transferred 2/25/13) | **Plaintiffs**: Nancy Ruan |
| 25 | 1/25/2013 | *Thrower v. Samsung SDI Co., Ltd., et al.* | 4:13-cv-00366-YGR | **Plaintiffs:** A. Keith Thrower |
| 26 | 3/28/2013 | *Gibbons, et al. v. LG Chem, Ltd., et al.* | 4:13-cv-01397-YGR | **Plaintiffs**: David Gibbons and Alexander C. Eide |

# Exhibit 2

**Case No. 13-md-2420-YGR**

**ORDER RELATING CIVIL AND CRIMINAL CASES;
ORDER ADMINISTRATIVELY TERMINATING CASES;
ORDER TO SHOW CAUSE**

*In re Lithium Ion Batteries Antitrust Litigation*
**Case No. 13-md-2420-YGR-DMR; MDL No. 2420**

# INDIRECT PURCHASER CASES ON FILE

## CASES ORGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA

| Case Name | Date Filed | Original Case No. |
|---|---|---|
| *Kevin Young, et al. v. LG Chem, Ltd., et al.* | 10/03/2012 | 12-cv-05129-JCS |
| *Brian Hanlon v. LG Chem, Ltd., et al.* | 10/04/2012 | 12-cv-05159-JCS |
| *James O'Neil v. Hitachi, Ltd., et al.* | 10/26/2012 | 12-cv-05532-KAW |
| *Mike Katz-LaCabe v. Hitachi, Ltd., et al.* | 11/05/2012 | 12-cv-05681-DMR |
| *Tom Pham, et al. v. Hitachi Maxwell Ltd., et. al.* | 11/20/2012 | 12-cv-05938-ADR |
| *Gene Powers v. LG Chem America, Inc., et al.* | 12/03/2012 | 12-cv-06118-JCS |
| *Brandon Martinez v. LG Chem, Ltd., et al.* | 12/04/2012 | 12-cv-06151-KAW |
| *Richard S.E. Johns v. Hitachi, Ltd., et al.* | 12/04/2012 | 12-cv-06152-JSC |
| *Angelo Michael D'Orazio v. LG Chem, Ltd., et al.* | 12/05/2012 | 12-cv-06173-JCS |
| *Piya Rojanasathit v. Samsung SDI America, Inc., et al.* | 12/06/2012 | 12-cv-06183-MEJ |
| *Corie Levy v. LG Chem, Ltd., et al.* | 12/20/2012 | 12-cv-06446-LB |
| *Steven Bugge v. LG Chem, Ltd., et al.* | 12/21/2012 | 12-cv-06492-JSC |
| *Erin McGuire v. LG Chem, Ltd.* | 01/11/2013 | 13-cv-00170-EDL |
| *Erinn Tozer v. LG Chem, Ltd., et al.* | 01/29/2013 | 13-cv-00397-NC |
| *Brad Marcus, et al. v. LG Chem, Ltd., et al.* | 02/04/2013 | 13-cv-00339-KAW |
| *Krista Lepore v. LG Chem, Ltd., et al.* | 02/04/2013 | 13-cv-00361-JSC |
| *David Tolchin v. LG Chem, Ltd., et al.* | 02/15/2013 | 13-cv-00700-JCS |
| *Kristina Yee v. LG Chem, Ltd., et al.* | 02/15/2013 | 13-cv-00703-LB |
| *William Cabral, et al. v. Hitachi Maxwell Ltd., et. al.* | 02/15/2013 | 13-cv-00686-MEJ |
| *Polly Cohen v. LG Chem, Ltd., et al.* | 02/20/2013 | 13-cv-00761-EDL |
| *Matt Bryant v. LG Chem, Ltd., et al.* | 02/28/2013 | 13-cv-00928-JCS |
| *Patrick McGuinness v. LG Chem, Ltd., et al.* | 02/28/2013 | 13-cv-00929-SBA |
| *Spencer Hathaway v. LG Chem, Ltd., et al.* | 02/28/2013 | 13-cv-00926-JCS |
| *David Petree v. LG Chem, Ltd., et al.* | 03/04/2013 | 13-cv-00976-LB |
| *Robert McGranahan v. LG Chem, Ltd., et al.* | 03/04/2013 | 13-cv-00975-DMR |
| *Laura Gallardo v. LG Chem, Ltd., et al.* | 03/06/2013 | 13-cv-01030-LB |
| *Linda Lincoln v. LG Chem, Ltd., et al.* | 03/13/2013 | 13-cv-01131-JCS |
| *Anna Jower v. LG Chem, Ltd., et al.* | 03/14/2013 | 13-cv-01166-LB |
| *Beatriz Hernández v. LG Chem, Ltd., et al.* | 03/18/2013 | 13-cv-01189-MEJ |
| *Jason Ames, et al. v. LG Chem, Ltd., et al.* | 03/18/2013 | 12-cv-01194-DMR |
| *San Francisco Community College District v. LG Chem, Ltd., et al.* | 03/28/2013 | 13-cv-01384-EDL |
| *Valentina Juncaj, et al. v. LG Chem, Ltd., et al.* | 03/28/2013 | 13-cv-01379-JSC |
| *Karen Stromberg v. Hitachi Ltd., et al.* | 04/05/2013 | 13-cv-01534-EMC |
| *City of Palo Alto, et al. v. LG Chem, et. al.* | 05/16/2013 | 13-cv-02242-MEJ |

1

*In re Lithium Ion Batteries Antitrust Litigation*
**Case No. 13-md-2420-YGR-DMR; MDL No. 2420**

### CASES ORGINALLY FILED IN THE
### SOUTHERN DISTRICT OF CALIFORNIA

| Case Name | Date Filed | Original Case No. | N.D. Cal Case # | Date Transferred |
|---|---|---|---|---|
| *Angela Turner, et al. v. LG Chem, Ltd., et al.* | 11/01/2012 | 12-cv-2658-AJB-KSC | 13-cv-00781-YGR | 03/07/2013 |
| *Bradley Van Patten v. LG Chem, Ltd., et al.* | 10/26/2012 | 12-cv-2615-BEN-RBB | 13-cv-00780-YGR | 03/07/2013 |
| *John Russo, et al. v. LG Chem, Ltd., et al.* | 10/15/2012 | 12-cv-2505-AJB-KSC | 13-cv-00778-YGR | 03/07/2013 |
| *Matthew J. Miller, et al. v. LG Chem, Ltd., et al.* | 10/17/2012 | 12-cv-2531-IEG-BGS | 13-cv-00779-YGR | 03/07/2013 |

### CASE ORGINALLY FILED IN THE
### EASTERN DISTRICT OF LOUISIANNA

| Case Name | Date Filed | Original Case No. | N.D. Cal Case # | Date Transferred |
|---|---|---|---|---|
| *Michael Janusa, et al. v. Hitachi, Ltd., et al.* | 03/11/2013 | 13-cv-00459 | 13-cv-01329-YGR | 03/28/2013 |

### CASE ORGINALLY FILED IN THE
### DISTRICT OF MASSACHUSETTES

| Case Name | Date Filed | Original Case No. | N.D. Cal Case # | Date Transferred |
|---|---|---|---|---|
| *Dawn Thompson, et al. v. LG Chem, Ltd., et al.* | 12/28/2012 | 12-cv-12419-DJC | 13-cv-00784-YGR | 03/25/2013 |

### CASE ORGINALLY FILED IN THE
### WESTERN DISTRICT OF MISSOURI

| Case Name | Date Filed | Original Case No. | N.D. Cal Case # | Date Transferred |
|---|---|---|---|---|
| *Joseph G. O'Daniel v. LG Chem, Ltd., et al.* | 02/25/2013 | 13-cv-00182-DW | 13-cv-11126-YGR | 03/13/2013 |

*In re Lithium Ion Batteries Antitrust Litigation*
**Case No. 13-md-2420-YGR-DMR; MDL No. 2420**

# CASES ORGINALLY FILED IN THE DISTRICT OF NEW JERSEY

| Case Name | Date Filed | Original Case No. | N.D. Cal Case # | Date Transferred |
|---|---|---|---|---|
| *Brian Caleb Batey v. LG Chem America, Inc., et al.* | 10/17/2012 | 12-cv-06555-DMC-MF | 13-cv-00787-YGR | 02/25/2013 |
| *A-1 Computers, Inc. v. LG Chem, Ltd., et al.* | 10/19/2012 | 12-cv-06581-DMC-MF | 13-cv-00788-YGR | 02/25/2013 |
| *David Shawn, et al. v. LG Chem America, Inc., et al.* | 10/31/2012 | 12-cv-06793-DMC-MF | 13-cv-00792-YGR | 02/25/2013 |
| *Kim Billingsley v. LG Chem America, Inc., et al.* | 11/09/2012 | 12-cv-06973-DMC-MF | 13-cv-00796-YGR | 02/25/2013 |
| *Renee Meier v. LG Chem, Ltd.* | 11/12/2012 | 12-cv-07024-JLL-MF | 13-cv-00796-YGR | 02/25/2013 |
| *Michael James Doyle v. LG Chem America, Inc., et al.* | 12/13/2012 | 12-cv-07633-DMC-MF | 13-cv-00798-YGR | 02/25/2013 |
| *Rebecca Cohen, et al. v. LG Chem America, Inc., et al.* | 12/21/2012 | 12-cv-07793-LL-MF | 13-cv-00799-YGR | 02/21/2013 |
| *Chad Conover, et al. v. LG Chem, Ltd., et al.* | 01/10/2013 | 13-cv-00190-SMC-MF | 13-cv-00801-YGR | 02/25/2013 |
| *Gerasimos Molfetas v. LG Chem, Ltd., et al.* | 01/28/2013 | 13-cv-00541-JLL-MAH | 13-cv-00802-YGR | 02/25/2013 |
| *Thomas R. Tuohy, et al. v. LG Chem, Ltd., et al.* | 01/29/2013 | 13-cv-00557-JLL-MF | 13-cv-00803-YGR | 02/25/2013 |
| *Beverlee Sclar v. LG Chem America, Inc., et al.* | 01/30/2013 | 13-cv-00592-JLL-MAH | 13-cv-00884-YGR | 3/11/2013 |

3